I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7·19·13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER L. HARRIS,<br><br>              Petitioner,<br><br>     vs.<br><br>L. McGREW, Warden,<br><br>              Respondent. | Case No. CV 13-4927-PSG (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Writ of Mandamus,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 18, 2013

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY